FILED
MAR 13 2024
BONNIE HACKLER
Clerk, U.S. District Court
By_____
   Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSES RIC-E BECK, a/k/a Ric-E Beck,

Defendant.

Case No. CR 24-028 RAW

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

**FAILURE TO REGISTER AS SEX OFFENDER**
[18 U.S.C. §§ 2250(a)(1), 2250(a)(2)(B), & 2250(a)(3)]

Beginning on or about August 30, 2023, and continuing until on or about December 20, 2023, in the Eastern District of Oklahoma, the Defendant, **JOSES RIC-E BECK**, an individual required to register as a sex offender under the Sex Offender Registration and Notification Act, after having received a felony conviction from the State of Oklahoma on or about August 12, 2008, for Lewd or Indecent Proposals to a Child Under Sixteen, entered, left, and resided in Indian country and knowingly failed to update his registration as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Sections 2250(a)(1), 2250(a)(2)(B), and 2250(a)(3).

CHRISTOPHER J. WILSON
United States Attorney

_/s/_____
JESSICA L. BOVE   PA # 328892
Assistant United States Attorney

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY